**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**GEORGE A. HENDERSON,**

        **Plaintiff,**

    **vs.**                                     **Civil Action 2:05-cv-359**
                                                             **Judge Frost**
                                                              **Magistrate Judge King**

**OHIO ADULT PAROLE AUTHORITY,**
*et al.*,

        **Defendants.**

**ORDER AND**
**REPORT AND RECOMMENDATION**

        Having conducted the initial screen of the complaint required by 28 U.S.C. §§1915(e), 1915A, it is **RECOMMENDED** that the claims asserted against the Ohio Adult Parole Authority, an agency of the State of Ohio, be **DISMISSED.** *See Alabama v. Pugh,* 438 U.S. 781 (1978). At this juncture, however, the claims asserted against the named individual defendants may proceed.

        The United States Marshal is **DIRECTED** to effect service of process on the individual defendants, who shall have forty-five (45) days from the date of service to respond.

        If any party seeks review by the District Judge of this *Report and Recommendation,* that party may, within ten (10) days, file and serve on all parties objections to the *Report and Recommendation,* specifically designating this *Report and Recommendation,* and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. §636(b)(1); F.R. Civ. P. 72(b). Response to objections must be filed within ten (10) days after being served with a copy thereof. F.R. Civ.

P. 72(b).

The parties are specifically advised that failure to object to the *Report and Recommendation* will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation*. See *Thomas v. Arn,* 474 U.S. 140 (1985); *Smith v. Detroit Federation of Teachers, Local 231 etc.,* 829 F.2d 1370 (6th Cir. 1987); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).


April 7, 2005                                           *s/Norah McCann King*
                                          Norah M<sup>c</sup>Cann King
                                          United States Magistrate Judge

**2**