**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**GEORGE A. HENDERSON,**

      **Plaintiff,**

  **vs.**                                                  **Civil Action 2:05-CV-359
Judge Frost
Magistrate Judge King**

**OHIO ADULT PAROLE AUTHORITY,**
*et al.*,

      **Defendants.**

**ORDER**

On April 8, 2005, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the claims asserted against the defendant state agency be dismissed. Doc. No. 4. Plaintiff has filed no objection to the *Report and Recommendation.*

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. The claims against the state agency are **DISMISSED**.

                                                  /s/ Gregory L. Frost
                                                    Gregory L. Frost
                                            United States District Judge