IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GEORGE A. HENDERSON,**

        **Plaintiff,**

   v.

**OHIO ADULT PAROLE AUTHORITY,** *et al.***,**

        **Defendants.**

Case No. 2:05cv359

**JUDGE GREGORY L. FROST**

**Magistrate Judge Norah McCann King**

## ORDER

On July 8, 2005, plaintiff filed a motion for default judgment against defendants Jim Bedra and Christine Money. Doc. No. 21. On January 17, 2005, the magistrate judge issued a *Report and Recommendation*, recommending that plaintiff's motion for default judgment be denied. Doc. No. 26. Plaintiff has timely objected to the *Report and Recommendation*. Doc. No. 30.

After a *de novo* review of the *Report and Recommendation, see Massey v. City of Ferndale*, 7 F.3d 506, 509 (6th Cir. 1993), the Court concludes that plaintiff raises no argument in his objection not addressed by the *Report and Recommendation.* Moreover, this Court agrees with the recommended disposition of plaintiff's motion for default judgment. Accordingly, the *Report and Recommendation*, Doc. No. 26, is **ADOPTED** and **AFFIRMED**. Plaintiff's motion for default judgment is **DENIED**. Doc. No. 26.

  February 14, 2006
DATE

  /s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE